UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED OCT -1
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Jeremy A Johnson, Duane Maynard          0001153465, 0001585488

Norman Dillon, Alton Fribble              0001174899, 0002605183

Timothy Jackson, William Wray             0001141213, 0002526159

Steven Davis, Willie Slocum               0001138283, 0002608909

(Enter above the full name of the plaintiff           (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                          CIVIL ACTION NO. __3:14-cv-26249__
                                    (Number to be assigned by Court)

West Virginia Regional Jail + Correctional Fac. Auth.

Western Regional Jail

Cabell County

SRT Director Austin Burke

(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I.  **Previous Lawsuits**

    A.  Have you begun other lawsuits in state or federal court dealing with the same
        facts involved in this action or otherwise relating to your imprisonment?

            Yes _____        No __✓__

1

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1.    Parties to this previous lawsuit:

      Plaintiffs: _____

      _____

      _____

      Defendants: _____

      _____

      _____

   2.    Court (if federal court, name the district; if state court, name the county);

      _____

   3.    Docket Number: _____

   4.    Name of judge to whom case was assigned:

      _____

   5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

      _____

      _____

   6.    Approximate date of filing lawsuit: _____

   7.    Approximate date of disposition: _____

II. **Place of Present Confinement:** Western Regional Jail

    A.    Is there a prisoner grievance procedure in this institution?

           Yes ✓      No ____

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

           Yes ✓      No ____

    C.    If you answer is YES:

        1.    What steps did you take? We filed the grievance forms provided by the jail, to the Jail Administrator

        2.    What was the result? Adm. Crawford replied that it was out of his hands, because we were on I.A. lockdown. Also no appeal Info.

    D.    If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.    Name of Plaintiff: JEREMY A JOHNSON

        Address: 1 O'hanlon Place Barboursville, W.V. 25504 WRJ

    B.    Additional Plaintiff(s) and Address(es): Duane Maynard–same as above; Norman Dillon–"; Alton Tribble–"; Timothy Jackson–"; William Wray–"; Steven Davis–"; Willie Slocum–";

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Austin Burke

is employed as: SRT Director

at West Virginia Regional Jail + Correctional facility Authority

D. Additional defendants: Western Reigonal Jail, West Virginia Regional Jail + Correctional Facility Authority, Cabell County

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 18th 2014 at approximately 10:00pm an inmate fight broke out. A total of 6 inmates were involved in this, as can be verified by institution cameras. At approximately 10:10pm when officers arrived to lock our unit (F-4) down, they took the victim to medical. From that time to Aug. 1st 2014 we were all under I.A. Lockdown. During that time we were all denied showers for the first 100 hours, then we were given showers but they

4

IV. **Statement of Claim (continued):**

refused to give us soap, toothpaste, toothbrush, nothing! They refused us shift supervisors when asked. They also took away our 1 hour uncirculated air (outside rec). Also no mail of anysort legal or not, incomming or going out. No phone calls not even our attorney. No Visitation. No Laundry service. No Law Library. The nurse's said we were not allowed to go to medical, for any reason. Further more we grieved this situation as far as any institution would allow us. (ˣgrievances to administrator)

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

We would like to see steps taken to ensure this does not happen in the future, so that no one else has to go through what we did. Also we would like to see those responsible for this held accountible and punished. Finally we would like to recieve monetary compensation for our unlawful punishment and suffering.

Statement of Claim, cont.

West Virginia Regional Jail Authority is responsible for allowing the system to operate in this manner and for employing Director Burke. Western Regional Jail is responsible for not putting a stop to the injustices done to us. Cabell County is responsible for placing us in the Western Regional Jail where this could happen.

SRT Director Austin Burke is responsible for our being locked down without due process and for imposing the barbaric regulations that the Western Regional Jail staff were forced to carry out. We were told numerous times that he was solely behind everything done to us and that everyone feared for thier jobs, should they try to help us.

V. Relief (continued)):

_____

_____

_____

_____

_____

_____


VII. Counsel

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

    _____

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____      No ✓

    If so, state the name(s) and address(es) of each lawyer contacted:

    _____

    _____

    If not, state your reasons: _____

    _____

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____      No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this 29th day of September, 2014.

_Jerry Johns_ — Steven A Davis Jr
_Willie Way_ — Willie ___
_Timothy Jackson_
_Norman Settles_

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/29/14
                (Date)

_Jerry Johns_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)